# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 17, 2024

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 24-2031 |
| Caption:<br>VICTORIA ROSE LEE and DAVID STEPHEN CHRISTY,<br>       Plaintiffs - Appellants<br><br>v.<br><br>DART MOTORS LLC, et al.,<br>       Defendants - Appellees |
| District Court No: 1:23-cv-02318<br>Clerk/Agency Rep Thomas G. Bruton<br>District Judge LaShonda A. Hunt<br><br>Date NOA filed in District Court: 06/14/2024 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)