# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

August 12, 2024

*By the Court:*

| | |
|---|---|
| No. 24-2031 | VICTORIA ROSE LEE and DAVID STEPHEN CHRISTY, <br> Plaintiffs - Appellants <br><br> v. <br><br> DART MOTORS LLC, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-02318 <br> Northern District of Illinois, Eastern Division <br> District Judge LaShonda A. Hunt | |

Appellants filed their opening brief on July 31, 2024. Appellant David Stephen Christy later informed the court that he is an attorney. Because the brief filed by appellants does not comply with this court's rules for counseled briefs,

**IT IS ORDERED** that the brief filed on July 31, 2024, is **STRICKEN**. Counsel for the appellants shall file, by September 12, 2024, a brief that complies with the Federal Rules of Appellate Procedure and the local Circuit Rules. Specifically, the brief must include a disclosure statement directly after the cover page and before the table of contents. See Fed. R. App. P. 28(a)(1). The brief must also include the certification required by Circuit Rule 30(d). Finally, the brief must be in a searchable, non-scanned PDF format. For more information, counsel may refer to Electronic Case Filing Procedure (c)(3), which can be found on this court's website, or may contact the clerk's office.

The complete briefing schedule is as follows:

1. The brief and required short appendix of the appellants are due by September 12, 2024.

2. The brief of the appellee is due by October 14, 2024.

3. The reply brief of the appellants, if any, is due by November 14, 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)