# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 12, 2024

*By the Court:*

| | |
|---|---|
| No. 24-2031 | VICTORIA ROSE LEE and DAVID STEPHEN CHRISTY,<br>Plaintiffs - Appellants<br><br>v.<br><br>DART MOTORS LLC, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:23-cv-02318<br>Northern District of Illinois, Eastern Division<br>District Judge LaShonda A. Hunt ||

The jurisdictional statement in the brief of appellants does not comply with Rule 28(a)(4) of the Federal Rules of Appellate Procedure which requires, in part, that an appellant's brief contain a jurisdictional statement that includes "(A) the basis for the district court's or agency's subject-matter jurisdiction, with citations to applicable statutory provisions and stating relevant facts establishing jurisdiction."

Appellants' jurisdictional statement asserts that the district court's jurisdiction is based on diversity of citizenship but fails to adequately identify the citizenship of the parties. It is insufficient to state only the state of residence, as opposed to domicile, for each relevant person. *See Heinen v. Northrop Grumman Corp.*, 671 F.3d 669, 670 (7th Cir. 2012). Appellants must provide the omitted information regarding the parties' citizenship. Cir. R. 28(a)(1). Accordingly,

**IT IS ORDERED** that appellants shall file a paper captioned "Amended Jurisdictional Statement" no later than September 19, 2024, that provides the omitted information noted above and otherwise complies with all the requirements of Fed. R. App. P. 28(a)(4) and Cir. R. 28(a).

**IT IS FURTHER ORDERED** that the clerk of this court shall **DISTRIBUTE**, along with the briefs in this appeal, copies of this order and appellants' "Amended Jurisdictional Statement" to the assigned merits panel.

form name: **c7_Order_BTC**   (form ID: **178**)